■ RUCHAMA GAMIEL, Appellant, v SULLIVAN & LIAPAKIS, P. C., Respondent, et al., Defendant. [679 NYS2d 282] —Orders, Supreme Court, New York County (Diane Lebedeff, J.), both entered February 6, 1998, which, in an action for legal malpractice, denied plaintiff's motion for a default judgment and for 22 NYCRR part 130 sanctions, and granted defendant's cross motion to serve an amended answer, unanimously affirmed, without costs.

Defendant's default in serving an answer was properly excused where, at the outset, defendant advised plaintiff that it was having difficulty locating its file in the underlying medical malpractice action, which had concluded almost a year and a half earlier (*Gamiel v University Hosp.*, 216 AD2d 80, *lv dismissed* 87 NY2d 911), defendant shows a meritorious defense, and plaintiff fails to show prejudice as a result of the two and a half-month delay (*see, Elkman v Southgate Owners Corp.*, 243 AD2d 356). We have considered plaintiff's argument that the answer defendant served after plaintiff had moved for a default judgment was frivolous and find it to be without merit. Concur—Lerner, P. J., Sullivan, Mazzarelli, Andrias and Saxe, JJ.

■ BIENVENIDA QUINTANA, Respondent, v HENRY MEI et al., Appellants. [679 NYS2d 282] —Order, Supreme Court, Bronx County (Allen Saks, J.), entered January 17, 1997, which, to the extent appealed from as limited by defendants-appellants' brief, denied defendants' motion for summary judgment dismissing the complaint insofar as that motion sought dismissal of plaintiff's claim for negligent snow and ice removal, unanimously affirmed, without costs.

Since the record discloses the existence of factual issues respecting whether defendants, in the course of removing snow and ice accumulations on the public sidewalk abutting their residence, either created or heightened the hazard that is alleged to have caused plaintiff's fall and injury, defendants' motion for summary judgment dismissing the complaint was properly denied (*see, Alvarez v Prospect Hosp.*, 68 NY2d 320, 324). Concur—Milonas, J. P., Rosenberger, Wallach and Mazzarelli, JJ.